NOT  DESIGNATED  FOR  PUBLICATION

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Beth Smith Fontenot
Louisiana Appellate Project
P. O. Box 3183
Lake Charles LA 70602

Diondre D. Romero
Louisiana State Penitentiary DOC No. 552062
Camp C - Jaguar    3/Left #3
Angola LA 70712

**REHEARING ACTION: November 14, 2012**

**Docket Number: 12   00031-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DIONDRE D. ROMERO**

**Appealed from Vermilion Parish Case No. 51565**

**BEFORE JUDGES**:

   **Hon. Oswald A. Decuir**
   **Hon. Jimmie C. Peters**
   **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Diondre D. Romero** has this day been

   **DENIED.**

cc: Michael Harson, Counsel for the Appellee
   Laurie A. Hulin, Counsel for the Appellee